IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ADAM P POWELL,

    Petitioner,

v.                                                                              CASE NO. 4:05-cv-00095-MP-AK

CHARLIE CRIST,
DEPARTMENT OF CORRECTIONS, STATE OF FLORIDA,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 5, Report and Recommendations of Magistrate Judge Kornblum, recommending that this case be transferred to the United States District Court for the Middle District of Florida for all further proceedings. The Magistrate Judge filed the Report and Recommendation on Tuesday, April 5, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Neither party has filed an objection. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. Having considered the Report and Recommendation and all objections thereto timely filed, I have determined that the Report and Recommendation should be ADOPTED.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  This case is transferred to the United States District Court for the Middle District of Florida for all further proceedings.

**DONE AND ORDERED** this   *21st*   day of June, 2005.

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
